MILLER *et al.* v. ARMSTRONG.

(Opinion filed Oct. 17, 1896.)

Appeal from circuit court, Brookings county. Hon. J. O. ANDREWS, Judge.

Action by John G. Miller and others against John Armstrong. From an order dissolving an attachment, plaintiffs appeal. Reversed.

*John C. Jenkins, A. S. Mitchell* and *P. C. Truman,* for appellant.

*C. A. Savage* and *Cheever & Hall,* for respondent.

HANEY, J. Herein plaintiffs appeal from an order discharging an attachment. The debt sued upon was not due when the attachment issued. The court erred in excluding all evidence in support of the allegation that the debt was incurred for property obtained under false pretenses. Finch v. Armstrong, 9 S D. 255, 68 N. W. 740. The order appealed from is reversed.

———

WYMAN *et al.* v. ARMSTRONG.

(Opinion filed Oct. 17, 1896.)

Appeal from circuit court, Brookings county. Hon. J. O. ANDREWS, Judge.

Action by Oliver C. Wyman and another against John Armstrong. From an order discharging an attachment, plaintiffs appeal. Affirmed.

*John C. Jenkins,* for appellant.

*C. A. Savage* and *Cheever & Hall,* for respondent.

HANEY, J. The questions involved herein are the same as in Park v. Armstrong, 9 S. D. 269, 68 N. W. 739. Following that case the order appealed from is affirmed.